IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

|                              |   |                                      |
|------------------------------|---|--------------------------------------|
| STEPHANIE B. HALL,           | ) | Case No. 4:05CV00050                 |
|                              | ) |                                      |
|    Plaintiff, | ) |                                      |
|                              | ) | **ORDER**                            |
| v.                           | ) |                                      |
|                              | ) |                                      |
| WAL-MART STORES, INC.        | ) | By: Jackson L. Kiser                 |
|                              | ) |    Senior United States District Judge |
|    Defendant. | ) |                                      |

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment is **DENIED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 21st day of April, 2006.

                                                   s/Jackson L. Kiser
                                                 Senior United States District Judge