IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| STEPHANIE B. HALL, ) | Case No. 4:05CV00050 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| WAL-MART STORES, INC., ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before me now are Defendant Wal-Mart Stores, Inc.'s ("Defendant") and Plaintiff Stephanie B. Hall's (Plaintiffs") Motions in Limine. I base my rulings on each Motion for the reasons stated in the Record and as ruled upon by me during the parties' Pre-Trial Conference of April 25, 2006.

(1) Plaintiff's Motion seeking to exclude any reference to collateral source payments is **SUSTAINED**. Defendant's Motion on this issue as it pertains to Plaintiff's bankruptcy filing is **OVERRULED**.

(2) All of Plaintiff's other Motions are **OVERRULED**.

(3) Defendant's Motion to exclude any reference to Plaintiff's lost wage claim from her former employer, Modern Woodmen of America, is **OVERRULED**.

(4) Defendant's Motion to exclude any reference to Defendant's policies and procedures is **DISMISSED AS MOOT**.

(5) Both parties' Objections to the other party's pre-trial disclosures are **DISMISSED AS**

**MOOT**.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 25<u>th</u> day of April, 2006.

                                                                                                   s/Jackson L. Kiser
                                                                                                     Senior United States District Judge