IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| STEPHANIE B. HALL, | ) | |
| | ) | Case No. 4:05CV00050 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WAL-MART STORES EAST, LP., | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

For the reasons stated in the record at trial on Monday, May 22, 2006, Defendant's Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(a) is **GRANTED**.

The Clerk is hereby ordered to dismiss this case with prejudice from the active docket of this court. The Clerk is further directed to send a copy of this Order to all counsel of record.

Entered this 22nd day of May, 2006.

s/Jackson L. Kiser
Senior United States District Judge