IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| STEPHANIE B. HALL, | ) Case No. 4:05-CV-00050 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| WAL-MART STORES EAST, LP, | ) By: **Jackson L. Kiser** |
| | ) Senior United States District Judge |
| Defendant. | ) |

For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Motion for New Trial is **GRANTED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record and, in consultation with counsel, set the case for a new trial.

Entered this 31st day of August, 2006.

           s/Jackson L. Kiser
           Senior United States District Judge